1  David Healy, d/b/a FIRST IMAGE
   in propria persona
2  349 Richardson Way
   Mill Valley, CA 94941
3  (415) 388-7779

4  in propria persona for
   Defendant FIRST IMAGE and DAVID HEALY,
5  an individual, doing business as FIRST IMAGE

6

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFIORNIA

10

11  EDUCATIONAL CREDIT                        CASE NO. CV 07-6297 *EMC*
    MANAGEMENT CORPORATION,
12
              Plaintiffs
13        v                                   ANSWER TO FIRST
                                              AMENDED COMPLAINT
14
    FIRST IMAGE and DAVID HEALY,
15  an individual, doing business as FIRST IMAGE,

16              Defendants

17

18  I, DAVID HEALY d/b/a FIRST IMAGE, respond to Plaintiff's FIRST AMENDED COMPLAINT as follows:

19  1.    Let it be known that I never saw the original complaint if one was ever filed.

20  2.    Plaintiff EDUCATION CREDIT MANAGEMENT CORPORATION has called me innumerable

21        times over the years and they have been repeatedly informed by both myself and debtor, Sherry

22        L. Thomas, d/b/a Sherry Healy, of date of the discharge of the debt, as well as the United States

23        Bankruptcy Court case number: 39-0-3612KTC. For the specifics on proof of this statement,

24        please see the following exhibits:

25  Exhibit A: United States Bankruptcy Court "Final Report and Account" which shows all the student loan

26        debt incurred by debtor was included in the Chapter 13 bankruptcy plan (whose interests, at that

27        time, were represented by Chase Manhattan Bank and the Best Service Company, a collection

28        agency). Please note also that this Exhibit shows that the case plan commenced on 10/9/90, the

                                              1              ANSWER TO FIRST AMENDED COMPLAINT
                                                             Case No. CV 07-6297-EMC

1    case plan was confirmed on 12/12/90, and that the case concluded on 7/20/92.

2    **Exhibit B:** United States Bankruptcy Court "Trustee's Final Report and Application for Discharge of

3    Trustee,"which affirms "Plan Completed."

4    **Exhibit C:** United States Bankruptcy Court "Discharge of Debtor" by Bankruptcy Judge Thomas B. Carlson

5    dated 8/4/92.

6    **Exhibit D:** Letter dated 5/16/97 from "SallieMaeServicing" affirms that the student loan debt of Sherry

7    L. Thomas was discharged upon completion of her bankruptcy plan and that her credit reports

8    should be promptly updated to reflect that fact.

9    3.    Plaintiff's allegation that I did not commence garnishing the wages of Sherry Lee Thomas a/k/a

10    Sherry Healy sometime in 1997—five years after completion of her bankruptcy Chapter 13 pay-

11    off plan—is without merit, because there was no debt remaining.

12

13    WHEREFORE, I, David Healy, d/b/a FIRST IMAGE, respectfully request that this Court grant

14    the following:

15    1.    An order to dismiss this case;

16    2.    An order demanding plaintiff to clear both my credit, as well as the credit of Sherry Lee

17    Thomas, a/k/a Sherry Healy, in relation to these erroneous claims of debt;

18    3.    Attorneys fees if this case requires any further legal action on my behalf after this in propria

19    persona answer;

20    4.    Punitive damages if you suspect this is an ongoing business practice of this plaintiff, so as to

21    prevent further wasting expensive time of both the court and innocent citizens;

22    5.    Such other relief as the Court deems appropriate.

23

24    DATED: February 1, 2008                        FIRST IMAGE

25                                                   BY

26                                                   DAVID HEALY
                                                     in propria persona,
27                                                   d/b/a FIRST IMAGE

28

**2**                          ANSWER TO FIRST AMENDED COMPLAINT
                               Case No. CV 07-6297-EMC

Exhibit A

Duncan H. Kester, Trustee
1800 Hamilton Avenue
P.O. Box 50013
San Jose, CA  95150
(408)723-2045 FAX:(408)448-1971

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:
SHERRY LEE THOMAS
665 3RD ST #200                                        CASE NO. 39-0-3612KTC
SAN FRANCISCO, CA
                        94107
        DEBTOR(S)
SSN(1)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 SSN(2)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
------------------------------------------------------------------------
                    FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
This case was commenced on Oct  9, 1990.
The Plan was confirmed on Dec 12, 1990.
The case was concluded on Jul 20, 1992.

THE SUBJECT CASE HAS BEEN COMPLETED AND THE DEBTOR IS ENTITLED TO A DISCHARGE.

        Your trustee has maintained a detailed record of all receipts, including
the source or other identification of each receipt and of all disbursements.
Copies of these detailed records have been filed with the Court, or are attached
hereto, and are incorporated by reference in this report.

RECEIPTS:
Amount paid to Trustee by of for Debtor for benefit of creditors. $  3,638.00

| CREDITOR'S NAME | CLAIM AMT | PRIN PD | INT PD | BAL DUE |
|---|---|---|---|---|
| A M MILLER | .00 | .00 | .00 | .00 |
| CLAIM NO. 0001    CLASSIFICATION: UNSECURED | | | % ALLOWED: 20.00 | |
| BECKETT & WATKINS | 1,529.93 | 305.99 | .00 | .00 |
| CLAIM NO. 0004    CLASSIFICATION: UNSECURED | | | % ALLOWED: 20.00 | |
| CHARLES E SAVITT ESQ | .00 | .00 | .00 | .00 |
| CLAIM NO. 0002    CLASSIFICATION: UNSECURED | | | % ALLOWED: 20.00 | |
| CITIBANK | .00 | .00 | .00 | NOT FILED |
| CLAIM NO. 0006    CLASSIFICATION: UNSECURED | | | % ALLOWED: 20.00 | |
| COUNTY CREDIT CONTROL | .00 | .00 | .00 | NOT FILED |
| CLAIM NO. 0005    CLASSIFICATION: UNSECURED | | | % ALLOWED: 20.00 | |
| FEDERAL BOND & COLLECTION | .00 | .00 | .00 | NOT FILED |
| CLAIM NO. 0007    CLASSIFICATION: UNSECURED | | | % ALLOWED: 20.00 | |
| FIRST INTERSTATE BANK | 2,004.26 | 400.85 | .00 | .00 |
| CLAIM NO. 0008    CLASSIFICATION: UNSECURED | | | % ALLOWED: 20.00 | |
| MACYS CALIFORNIA | 713.71 | 142.74 | .00 | .00 |
| CLAIM NO. 0010    CLASSIFICATION: UNSECURED | | | % ALLOWED: 20.00 | |

PAGE 1 of 2

```
CREDITOR'S NAME              CLAIM AMT      PRIN PD      INT PD     BAL DUE
-----------------------------------------------------------------------------
MITCHELL GOLD, ATTORNEY              .00         .00          .00        .00
CLAIM NO. 0011    CLASSIFICATION: UNSECURED           % ALLOWED: 20.00

NORTHERN PENINSULA ACCT              .00         .00          .00  NOT FILED
CLAIM NO. 0009    CLASSIFICATION: UNSECURED           % ALLOWED: 20.0.0

THE BEST SERVICE COMPANY             .00         .00          .00  NOT FILED
CLAIM NO. 0012    CLASSIFICATION: UNSECURED           % ALLOWED: 20.00

THE CHASE MANHATTAN BANK    10,863.12    2,172.62          .00        .00
CLAIM NO. 0003    CLASSIFICATION: UNSECURED           % ALLOWED: 20.00

SUMMARY OF CLAIMS ALLOWED AND PAID:
                 SECURED      PRIORITY       GENERAL       SPECIAL        TOTAL
AMT ALLOWED          .00           .00     15,111.02           .00    15,111.02
PRIN PAID            .00           .00      3,022.20           .00     3,022.20
INT PAID             .00           .00           .00           .00          .00

RETURNED TO THE DEBTOR:     21.74

OTHER DISBURSEMENT UNDER ORDER OF COURT:
DEBTOR'S ATTORNEY                        FEE ALLOWED          FEE PAID
RONALD W HOLLAND                            275.00             275.00

COURT COSTS AND
OTHER EXPENSES      FILING FEE   NOTICING FEE   TRUSTEE CMP   TRUSTEE EXP
OF ADMINISTRATION       .00         9.00          155.03         155.03
```

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just.

DATED: Jul 23, 1992

DUNCAN H. KESTER, TRUSTEE
-------------------------------
DUNCAN H. KESTER, TRUSTEE

Page 2 of 2

Exhibit B

P. O. Box 50013
San Jose, CA.   95150
(408) 723-2045
Facsimile (408) 448-1971

**FILED**

JUL 28 1992

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**PAUL C. KARNEY, JR., CLERK**
**U.S. BANKRUPTCY COURT**
**SAN FRANCISCO, CA**

BANKRUPTCY CASE NO. 39-0-3612KTC
Chapter 13

IN RE:  THOMAS                     SHERRY LEE

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

**RECEIVED**

JUL 3 1 1992

DUNCAN H. KESTER
TRUSTEE CHAPTER 13

---------------------------------------
DEBTOR(S)

PLAN COMPLETED
--------------

TRUSTEE'S FINAL REPORT AND APPLICATION FOR DISCHARGE OF TRUSTEE

The application of the Trustee herein respectfully represents: that
the          20.00% plan proposed by the debtor herein and as
confirmed by the Court has been completed by the debtor and therefore
the debtor should be granted a discharge under Section 1328 of the
Bankruptcy Code.

That the Final Report of the Trustee has been filed and that any
distributions required has been duly made.

Wherefore, your petitioner prays that a final decree be entered
discharging the debtor from all debts scheduled in his petition but
excluding debts which are not dischargeable under Section 1328 of said
Code, and discharging your petitioner as Trustee and releasing your
petitioner and his surety from any and all liability upon their bond on
account of the within proceedings, and closing the estate and for such
other and further relief as is just.

DUNCAN H. KESTER, TRUSTEE

Date:   JUL 2 3 1992
-----------------------------------
Duncan H. Kester, Trustee

ORDER

Good cause appearing,

IT IS ORDERED that Duncan H. Kester be and he hereby is discharged as
Trustee of the above named debtor, and Duncan H. Kester and the surety
on his bond be and they hereby are released from any and all liability
upon such bond on account of the subject proceeding arising hereafter.

THOMAS E. CARLSON

Date: JUL 28 1992
-----------------------------------
Bankruptcy Judge

Exhibit C

UNITED STATES BANKRUPTCY COURT

P40008951   31

NORTHERN DISTRICT OF CALIFORNIA

CHAPTER: 13

IN RE:                      CASE NUMBER: 3-90-03612K TC
SHERRY LEE THOMAS

665 3RD STREET, #200                SSN/ID:
                                    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

SAN FRANCISCO, CA 94107


SHERRY LEE   THOMAS
665 3RD STREET, #200

SAN FRANCISCO, CA 94107


D I S C H A R G E   O F   D E B T O R

AN ORDER FOR RELIEF HAVING BEEN ENTERED IN THE CASE OF THE
INDIVIDUAL ABOVE-NAMED, A PLAN HAVING BEEN CONFIRMED BY THE
COURT.   ALL PAYMENTS UNDER THE PLAN HAVING BEEN COMPLETED BY
THE DEBTOR, AND THE COURT NOT HAVING APPROVED ANY WRITTEN WAIVER
OF DISCHARGE EXECUTED BY THE DEBTOR SUBSEQUENT TO THE ORDER FOR
RELIEF.
I T   I S   O R D E R E D   T H A T:
THE DEBTOR BE AND HE HEREBY IS DISCHARGED FROM ALL DEBTS PROVIDED
FOR BY THE PLAN OR DISALLOWED UNDER 11 U.S.C. SEC. 502, EXCEPT ANY
DEBT
  (1)    PROVIDED FOR UNDER 11 U.S.C. SEC. 1322(B)(5);
  (2)    OF A KIND SPECIFIED IN 11 U.S.C. SEC. 523(A)(5);
  (3)    BASED ON AN ALLOWED CLAIM FILED UNDER 11 U.S.C.
         SEC. 1305(A)(2) IF PRIOR APPROVAL BY THE TRUSTEE OF THE
         DEBTOR'S INCURRING SUCH DEBT WAS PRACTICABLE AND WAS NOT
         OBTAINED, AND THE COMMENCEMENT, CONTINUATION OR EMPLOYMENT
         OF ANY ACTION, PROCESS OR ACT TO COLLECT, RECOVER OR OFFSET
         AS A PERSONAL LIABILITY OF THE DEBTOR OR FROM PROPERTY OF
         THE DEBTOR ANY DEBT DISCHARGED UNDER TITLE 11, UNITED
         STATES CODE, WHETHER OR NOT THE DISCHARGE OF SUCH DEBT WAS
         WAIVED BE AND IT HEREBY IS ENJOINED.


SHERRY LEE   THOMAS                 DATED AUGUST 4, 1992 AT SAN FRANCIS
665 3RD STREET, #200                       BY THE COURT

SAN FRANCISCO, CA 94107
                                    THOMAS E. CARLSON,
FORM 16A                            BANKRUPTCY JUDGE

Exhibit D

# SallieMae Servicing
## C O R P O R A T I O N

CENTRALIZED BANKRUPTCY

May 16, 1997

Re: 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

Sherry L. Thomas
269 Andover Street
San Francisco, CA 94110-5609

VIA FACSIMILE

Dear Ms. Thomas:

This letter is to confirm the fact that your student loans which were recently transferred to Sallie Mae have been found to be eligible for write-off due to bankruptcy. Your account balance should be deleted by the end of this month. Credit bureaus will be updated at that time.

If there any additional questions or concerns, please write to the address below or call (800) 251-4127.

Sincerely,

Jane Powell
Senior Bankruptcy Analyst