David Healy, d/b/a FIRST IMAGE
in propria persona
349 Richardson Way
Mill Valley, CA 94941
(415) 388-7779

in propria persona for
Defendant FIRST IMAGE and DAVID HEALY,
an individual, doing business as FIRST IMAGE

FILED

08 FEB -4 PM 1: 36

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION,<br><br>Plaintiffs<br><br>v<br><br>FIRST IMAGE and DAVID HEALY, an individual, doing business as FIRST IMAGE,<br><br>Defendants | CASE NO. CV 07-6297 EMC<br><br>PROOF OF SERVICE BY MAIL OF ANSWER TO FIRST AMENDED COMPLAINT |

I, LARA CORKREY, declare that I am employed in the County of MARIN, California. I am over the age of 18 years and not a party to the within entitled cause. The name and address of my business is 1 Harbor Drive, Suite 106, Sausalito, California.

I am readily familiar with the ordinary practice of the business of collecting, processing and depositing correspondence in the United States Postal Service and that the correspondence will be deposited the same day with postage thereon fully prepaid.

On FEBRUARY 1, 2008, I served the following to documents:

-ANSWER TO FIRST AMENDED COMPLAINT

-PROOF OF SERVICE BY MAIL OF ANSWER TO FIRST AMENDED COMPLAINT

1       PROOF OF SERVICE BY MAIL OF ANSWER TO FIRST
        AMENDED COMPLAINT     Case No. CV 07-6297-EMC

1 on the parties listed below by placing a true copy thereof enclosed in a sealed envelope for collection and
2 mailing in the United States Postal Service following ordinary business practices at my place of business
3 located at Sausalito, California addressed as follows:

5 Miriam Hiser
6 Law Offices of Miriam Hiser
7 550 Montgomery Street, Suite 650
8 San Francisco, CA 94111

10 I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on
11 February 1, 2008, at Sausalito, California.

*[signature]*

Lara Corkrey