1  LAW OFFICES OF MIRIAM HISER
   MIRIAM HISER (129824)
2  550 Montgomery Street, Suite 650
   San Francisco, California  94111
3  Telephone: (415) 345-9234
   Facsimile: (415) 395-9372
4  mhiser@hiserlaw.com

5  Attorneys for Plaintiff
   EDUCATIONAL CREDIT
6  MANAGEMENT CORPORATION

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 EDUCATIONAL CREDIT MANAGEMENT          CASE NO. 3:07-cv-07-6297-EMC
   CORPORATION,
12
                Plaintiff,                RETURN OF SERVICE OF SUMMONS:
13                                        FIRST IMAGE
         v.
14
   FIRST IMAGE and DAVID HEALY, an
15 individual, doing business as FIRST IMAGE,

16              Defendants.