1 | LAW OFFICES OF MIRIAM HISER
  | MIRIAM HISER (129824)
2 | 550 Montgomery Street, Suite 650
  | San Francisco, California 94111
3 | Telephone: (415) 345-9234
  | Facsimile: (415) 395-9372
4 | mhiser@hiserlaw.com

5 | Attorneys for Plaintiff
  | EDUCATIONAL CREDIT
6 | MANAGEMENT CORPORATION

7

8 |                UNITED STATES DISTRICT COURT

9 |                NORTHERN DISTRICT OF CALIFORNIA

10

11 | EDUCATIONAL CREDIT MANAGEMENT      CASE NO. 3:07-cv-07-6297-EMC
   | CORPORATION,
12 |
   |                Plaintiff,          RETURN OF SERVICE OF SUMMONS:
13 |                                    DAVID HEALY, an individual, dba,
   |         v.                         FIRST IMAGE
14 |
   | FIRST IMAGE and DAVID HEALY, an
15 | individual, doing business as FIRST IMAGE,
16 |                Defendants.