AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

|  | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 1-30-08  7:20 pm |

| Name of SERVER (PRINT) | TITLE |
|---|---|
| Matthew Anderson, Marin Co. #97 | Registered California Process Server |

*Check one box below to indicate appropriate method of service*

☑    Served Personally upon the Defendant. Place where served:

 Served First Image by leaving with David Healy - Owner at 349 Richardson Way, Mill Valley, CA  94941.

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and . . . . .
discretion then residing therein.
   Name of person with whom the summons and complaint were left

☐    Returned unexecuted:

☐    Other *(specify)*:

                                     CASE NUMBER:  CV 07-6297 EMC

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $45 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  February 4, 2008
                 *Date*

*Signature of Server*

1537 Fourth St, PMB 152, San Rafael, CA
94901    415-457-2704

*Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# DOCUMENTS SERVED:

AMENDED SUMMONS, FIRST AMENDED COMPLAINT,
NOTICE OF ASSIGNMENT OF CASE TO U.S. MAGISTRATE JUDGE
FOR TRIAL, CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE
JUDGE, DECLINATION TO PROCEED BEFORE A MAGISTRATE
JUDGE / REQUEST FOR REASSIGNMENT TO A U.S. DISTRICT
JUDGE, ECF REGISTRATION INFORMATION HANDOUT, ORDER
SETTING INITIAL CMC AND ADR DEADLINES

1

2

## DECLARATION OF MAILING, Case No. CV 07-6297 EMC

3

4
I, Matthew Anderson, certify that I am not a party to the proceeding herein, that I am and

5
was at the time of service over the age of 18 years old, and a resident of the State of

6
California.

7
My business address is 1537 Fourth St, PMB 152, San Rafael, CA 94901.

8
On January 31, 2008 I mailed from San Rafael, CA the following documents by

9
enclosing them in an envelope and depositing the sealed envelope with the United States Postal

10
Service by first class mail with the postage prepaid:

11

12
AMENDED SUMMONS, FIRST AMENDED COMPLAINT, NOTICE OF
ASSIGNMENT OF CASE TO U.S. MAGISTRATE JUDGE FOR TRIAL,

13
CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE,
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE /

14
REQUEST FOR REASSIGNMENT TO A U.S. DISTRICT JUDGE, ECF

15
REGISTRATION INFORMATION HANDOUT, ORDER SETTING
INITIAL CMC AND ADR DEADLINES

16

17
The envelope was addressed and mailed as follows:

18

19
FIRST IMAGE
349 RICHARDSON WAY

20
MILL VALLEY, CA  94941
ATTN:  DAVID HEALY

21

22
I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.

23
Dated:  January 31, 2008

24

Matthew Anderson

25

26

27

28