1 | LAW OFFICES OF MIRIAM HISER
MIRIAM HISER (129824)
2 | 550 Montgomery Street, Suite 650
San Francisco, California 94111
3 | Telephone: (415) 345-9234
Facsimile: (415) 395-9372
4 | mhiser@hiserlaw.com

5 | Attorneys for Plaintiff
EDUCATIONAL CREDIT
6 | MANAGEMENT CORPORATION

7

8 |               UNITED STATES DISTRICT COURT

9 |               NORTHERN DISTRICT OF CALIFORNIA

10

11 | EDUCATIONAL CREDIT MANAGEMENT        CASE NO. CV 07-6297
     CORPORATION,
12
                    Plaintiff,            **STIPULATION TO DISMISS FIRST
13                                        AMENDED COMPLAINT WITH
            v.                            PREJUDICE**
14
     FIRST IMAGE and DAVID HEALY, an
15 | individual, doing business as FIRST IMAGE,

16 |                Defendants.

17     It is hereby stipulated, by and between plaintiff EDUCATIONAL CREDIT

18 MANAGEMENT CORPORATION ("ECMC") and defendants FIRST IMAGE and DAVID

19 HEALY doing business as FIRST IMAGE ("HEALY"), that the First Amended Complaint in

20 this matter be dismissed with prejudice.

21     IT IS SO STIPULATED:

22
Dated: February 28, 2008.               LAW OFFICES OF MIRIAM HISER
23

24                                      By:_____/s/_____
                                              MIRIAM HISER
25
                                        Attorneys for Plaintiff EDUCATIONAL
26                                      CREDIT MANAGEMENT CORPORATION

27

28

1  Dated: February 29, 2008.

_____/s/_____
DAVID HEALY
*In propria persona* for Defendant FIRST IMAGE and DAVID HEALY, an individual, doing business as FIRST IMAGE