| | |
|---|---|
| 1 | LAW OFFICES OF MIRIAM HISER |
| | MIRIAM HISER (129824) |
| 2 | 550 Montgomery Street, Suite 650 |
| | San Francisco, California  94111 |
| 3 | Telephone: (415) 345-9234 |
| | Facsimile: (415) 395-9372 |
| 4 | mhiser@hiserlaw.com |
| 5 | Attorneys for Plaintiff |
| | EDUCATIONAL CREDIT |
| 6 | MANAGEMENT CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION, | CASE NO. CV 07-6297 |
| Plaintiff, | **STIPULATION TO DISMISS FIRST AMENDED COMPLAINT WITH PREJUDICE** ; ORDER |
| v. | |
| FIRST IMAGE and DAVID HEALY, an individual, doing business as FIRST IMAGE, | |
| Defendants. | |

It is hereby stipulated, by and between plaintiff EDUCATIONAL CREDIT MANAGEMENT CORPORATION ("ECMC") and defendants FIRST IMAGE and DAVID HEALY doing business as FIRST IMAGE ("HEALY"), that the First Amended Complaint in this matter be dismissed with prejudice.

IT IS SO STIPULATED:

Dated:   February 28, 2008.                    LAW OFFICES OF MIRIAM HISER

                                                By:_____/s/_____
                                                       MIRIAM HISER

                                                Attorneys for Plaintiff EDUCATIONAL
                                                CREDIT MANAGEMENT CORPORATION

| | |
|---|---|
| 1 | |
| 2 | Dated: February 29, 2008. |

                          _____/s/_____
                                DAVID HEALY
*In propria persona* for Defendant FIRST IMAGE and DAVID HEALY, an individual, doing business as FIRST IMAGE

IT IS SO ORDERED:

_____
EDWARD N.
U.S. Magistr



IT IS SO ORDERED
Judge Edward M. Chen